JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| ANTONIO FERNANDEZ, | Case No. 5:19-cv-01086-ODW (SHKx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| NARINDER SINGH GOLEN; SAMARINDER SINGH, et al. | |
| Defendants. | |

In light of the Court's Order **GRANTING** Plaintiff's Motion for Default Judgment, it is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that

1. Defendants shall make the path of travel to the public restroom at San Miguel Meat Market ADA-compliant; and

2. Plaintiff shall recover $1936.50 in fees and $530.00 in costs.

**IT IS SO ORDERED.**

May 26, 2020

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**